JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARMEN JOHN PERRI, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CINDY S. CHIN, an individual and MELINDA LEE MAGUIRE, an individual; and DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:19-cv-07042-AB-JCx <br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE** |

1.

After consideration of the Notice of Voluntary Dismissal of the Entire Action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and Defendants Cindy S. Chin and Melinda Lee Maguire ("Defendants") (*see* Notice, Dkt. No. 18), the Court hereby **DISMISSES** this action with prejudice, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: January 6, 2020

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE